1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT
9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  KEVIN REED,                            No. 2:15-cv-1743 CKD P
12           Petitioner,
13      v.                                 ORDER
14  PLACER COUNTY SUPERIOR COURT,
15           Respondent.
16

17      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus
18  pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.
19      Examination of the affidavit reveals petitioner is unable to afford the costs of this action.
20  Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).
21      The court requires all petitions for writ of habeas corpus be filed on the proper form which
22  is provided by this court.  Moreover, the court may limit its review of the petition for relief to the
23  information on the form only and need not consider any memoranda or attachments to the
24  petition.  <u>See</u> Rule 2(c), Rules Governing § 2254 Cases.
25      Petitioner is hereby notified that in order for this court to review his application, he must
26  refile his petition on the proper form.  Furthermore, although petitioner may submit a separate
27  memorandum to support his petition for relief, the court's application form must contain all
28  relevant claims, and must provide the court with all necessary information.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis (ECF No. 5) is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;[1]

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: September 14, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
reed1743.115

---

[1] By setting this deadline, the court is making no finding or representation that the petition is not subject to dismissal as untimely.

2